## In Re J. W. MOANAULI.

It is not proper for a prosecuting officer to receive a retainer and act as an attorney for a person in a matter which has a close connection with a criminal case against said person.

In the above case of Z. Kalai, it appeared in evidence that after the acquittal of Freitas, he went to the Deputy-Sheriff, J. W. Moanauli, for his bail money of $200. It was handed to him and he counted out $50 on the table and pushed it over to the Deputy-Sheriff, who asked if it was a bribe, and said if it was so intended, the door was open for him to get out of. On Freitas saying that he wished the witnesses who had sworn

against him sued for their accounts in his store, amounting to about $95, the Deputy-Sheriff, who is an attorney licensed for the Lower Courts, took it as a retainer. None of these accounts have as yet been collected by the Deputy-Sheriff. This affair has a bad appearance. It is not proper for a prosecuting officer to act as an attorney in a civil matter which has a close connection with a criminal case.

We deem it our duty to cancel Mr. Moanauli's license to practice, and it is so ordered.